JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GOVIND, | ) Case No. CV 18-4042 JFW(JC) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| CALIFORNIA DEPT. OF CORRECTIONS & REHABILITATION, et al., | ) |
| Respondents. | ) |

Pursuant to this Court's Order (1) Dismissing Petition for Writ of Habeas Corpus and Action; and (2) Denying a Certificate of Appealability, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed.

IT IS SO ADJUDGED.

DATED: May 30, 2018

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE